UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN ROYCE FAVRE, | ) | |
| | ) | |
| DEBTOR/CLAIMANT | ) | |
| | ) | |
| | ) | BANKRUPTCY CASE No. : |
| | ) | **08-85264** |
| v. | ) | ADVERSARY CASE NO.: |
| | ) | **09-9073** |
| GEORGE LEE LESESNE, | ) | |
| | ) | |
| RESPONDENT/DEFENDANT | ) | |

### ANSWER AND AFFIRMATIVE DEFENSES TO ADVERSARY PROCEEDING

COMES NOW, GEORGE LEE LESESNE, by and through his attorney and responds to the Complaint / Adversary Proceeding Filed by Debtor/ Claimant as follows:

#### FIRST DEFENSE

The Debtor's/Claimant's Complaint fails to state a claim upon which relief can be granted.

#### SECOND DEFENSE

Service of Process upon Defendant Lesesne is defective and void and therefore this Court lacks the jurisdiction to enter a judgment against said Defendant.

#### THIRD DEFENSE

Debtor's / Claimant's Bankruptcy matter was discharged and closed by this court, therefore, this Court lacks jurisdiction in this "Complaint" and any claims that may have existed were discharged in bankruptcy.

#### FOURTH DEFENSE

Debtor/Claimant allegedly owns controlling stock in the Corporation, "Top to Bottom Renovations, LLC", and Debtor/Claimant asserted in the Complaint he filed on behalf of said corporation, in the Superior Court of Fulton County, Georgia, that any contract with Mr. Lesesne,

1

Respondent/Defendant was entered into by the corporation. Therefore, Debtor/Claimant is estopped from asserting a personal claim for the same monies in this Court.

### FIFTH DEFENSE

Debtor/Claimant executed a "Release"on March 1, 2009, a copy of which is attached hereto as EXHIBIT "A". Therefore, Defendant asserts the defenses of "Release", "Payment" and "Accord and Satisfaction".

### SIXTH DEFENSE

This Court lacks subject matter jurisdiction over the claims of Debtor/Claimant.

### SEVENTH DEFENSE

The "Complaint" filed by Debtor/Claimant is not the appropriate proceeding under which any of Debtor's/Claimant's prayers can be granted by this court.

### EIGHTTH DEFENSE

Further, responding to the numbered paragraphs of Debtor's/Claimant's Complaint, Defendant George Lee Lesesne, III, answers and shows the Court the following:

1.

Defendant does not understand the statement/allegations contained in paragraph "1" of the Complaint and is therefore unable to admit, or deny the statement/allegation.

2.

Defendant admits he lives at said address, however, his name is spelled "Lesesne" and the zip code is 30308.

3.

Defendant admits he resides in the Northern District of Georgia, but denies that jurisdiction and venue are proper in this court.

4.

Defendant entered into a contract with "Top To Bottom Renovations, LLC", in which Debtor/Claimant owns stock. Defendant paid all monies due said corporation and a "Release" was executed by Debtor/Claimant and Defendant on March 1, 2009, clearly stating that the account was "Paid in Full". A copy of the "Release" is attached hereto as Exhibit "A".

Defendant denies he entered any to any "promise", or agreement with Debtor/Claimant, to pay Debtor/Claimant any monies. Defendant is not acquainted with the medical condition of "Post Financial Traumatic Stress Disorder", but does not believe it is a condition which Defendant caused, or for which this court could grant any award. Defendant is without sufficient knowledge to admit or deny the allegations as to Debtor's/Claimant's financial situation, or the Chapter 7 Bankruptcy matter, but does note that the claims set forth in this Complaint were not listed as possible assets in Debtor's/Claimant's Bankruptcy Petition, and that the value of the stock of "Top To Bottom Renovations, LLC", was "zero".

5.

Defendant asserts that none of the prayers of the Debtor/Claimant should be granted.

NINTH DEFENSE

Any allegation contained in the Debtor's/Claimant's Complaint which have not been expressly admitted are hereby denied.

Wherefore, Defendant George Lee Lesesne,III, having fully answered the complaint, prays that judgment be entered in favor of the Defendant, with all costs cast against the Debtor/Claimant.

Further, Defendant Lesesne asserts that this "Complaint" is frivolous and requests that this court award him attorney's fees incurred in his defense of this matter and that this court take appropriate action to prevent Debtor/Claimant from further harassing Defendant Lesesne.

Respectfully submitted, this 16th day of November, 2009.

*S/ C. Michael Bozeman*
C. Michael Bozeman, Esq.
Georgia Bar No. 073545
Attorney for Defendant

2852 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 841-9073

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Debtor/Claimant with a copy of the foregoing **"Answer"** by depositing same in the United States Mail in an envelope with adequate postage thereon, addressed as follows:

> Glenn R. Favre
> 110 South Columbia Drive #11
> Decatur, Georgia 30030

This the 16th day of November, 2009.

*S/ C. Michael Bozeman*
C. Michael Bozeman
Georgia Bar No. 073545
Attorney for Defendant

2852 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 841-9073