UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN ROYCE FAVRE, | ) | |
| | ) | |
| DEBTOR/CLAIMANT | ) | |
| | ) | |
| | ) | **BANKRUPTCY CASE No. :** |
| | ) | **08-85264** |
| v. | ) | ADVERSARY CASE NO.: |
| | ) | **09-9073** |
| GEORGE LEE LESESNE, | ) | |
| | ) | |
| RESPONDENT/DEFENDANT | ) | |

**RESPONSE TO PLAINTIFF/DEBTOR'S REQUEST FOR SUMMARY JUDGMENT**

COMES NOW, GEORGE LEE LESESNE, by and through his attorney and responds to the document Filed by Debtor/ Plaintiff which is entitled as **PLAINTIFF'S REQUEST FOR SUMMARY JUDGMENT**, hereinafter "Request" as follows:

The Debtor's/Claimant's "Request" is nonsensical, defective and "Defendant/ Respondent" asserts it should be denied on its face. The "Request" does not comply with the requirements established for a Motion for Summary Judgment, Default Judgment, or any other proceeding for which this Court has the jurisdiction to grant the relief sought by Debtor/Claimant. Nevertheless, Defendant / Respondent denies the allegations that he, or his attorney have in any manner violated any Stay of Bankruptcy, and show this court that an answer was timely filed in response to Debtor/Clamant's "Complaint".

_____Neither Defendant, or his attorney have (as of this date) filed any action against Debtor/Claimant. Defendant, through his attorney, has filed answers to the complaints filed by Debtor/Claimant in the Superior Court of Fulton County, Georgia and in this Court.

_____Defendant/Respondent denies that he has violated any of the federal laws referenced in the Request/Motion, including, but not limited to the Federal False Claims Act, Fraud Enforcement Recover Act, Civil False Claims Act, Contracts Dispute Act, and the Fraud

1

Enforcement and Recovery Act. The complaint did not allege that Defendant/Respondent had violated any of these laws and there has been no evidence that these laws have been violated by the Defendant/Respondent. This Motion is the first time these laws have been referenced.

  It appears that Debtor/Plaintiff was attempting to file a Motion for Default Judgment. However, an answer was timely filed and a copy served on the Debtor/Plaintiff.

  Wherefore, Defendant George Lee Lesesne, III, having fully answered the Request / Motion, prays that judgment be entered in favor of the Defendant, with all costs cast against the Debtor/Claimant.

  Further, Defendant Lesesne asserts that this "Request/Motion" is frivolous and requests that this court award him attorney's fees incurred in his defense of this matter and that this court take appropriate action to prevent Debtor/Claimant from further harassing Defendant Lesesne.

  Respectfully submitted, this 21st day of December, 2009.

                *S/ C. Michael Bozeman*
                C. Michael Bozeman, Esq.
                Georgia Bar No. 073545
                Attorney for Defendant

2852 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 841-9073

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Debtor/Claimant with a copy of the foregoing **"Answer"** by depositing same in the United States Mail in an envelope with adequate postage thereon, addressed as follows:

>Glenn R. Favre
>110 South Columbia Drive #11
>Decatur, Georgia 30030

This the 21st day of December, 2009.

>*S/ C. Michael Bozeman*
>C. Michael Bozeman
>Georgia Bar No. 073545
>Attorney for Defendant

2852 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 841-9073